# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747

MY DIRECT DIAL IS: (631) 247-4671
MY EMAIL ADDRESS IS: BRIAN.SHENKER@JACKSO

Application granted in part. The conference scheduled for December 18, 2025 is adjourned to January 6, 2026 at 3:30 p.m. to be held in Courtroom 520 of the White Plains courthouse.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
         December 15, 2025

**VIA ECF**

Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:    *Cherner v. CF Bankshares Inc. et al.*
         Case No. 7:24-cv-02812 (PMH)

Dear Judge Halpern:

We represent Defendants in the above-referenced matter.  We write to respectfully request an adjournment of the discovery dispute conference scheduled for Thursday, December 18, 2025 at 3:00 p.m. at the White Plains courthouse.  After conferring with Plaintiff, both Plaintiff and Defendants have unavoidable conflicts that afternoon.  The undersigned has a commitment at his daughter's school in Dix Hills, New York on the afternoon of the date of the conference, which cannot be rescheduled.

Accordingly, we respectfully request that the conference be briefly adjourned. We have conferred with Plaintiff regarding potential new dates for the conference. Plaintiff provided the following dates, each of which works for Defendants: December 23 at 2:00 p.m. or later; January 6 at 4:30 pm; January 7 at 5:00 p.m.; January 8 at 4:00 p.m.; January 9 at 5:00 p.m.; and January 14 at 5:00 p.m.

Defendants thank the Court for its attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

*s/ Brian J. Shenker*

Brian J. Shenker

BJS/ARM
cc: All parties (via ECF)

4905-1230-1441, v. 1