UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAN CHERNER,

                Plaintiff,

        -against-

CF BANKSHARES INC., et al.,

                Defendants.

**ORDER**

24-CV-02812 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff, appearing *pro* se, and counsel for Defendants appeared for a discovery dispute conference today.

The Court directed Plaintiff to produce documents responsive to Defendants' Request Nos. 2 and 3 by January 13, 2026. In the event Plaintiff is no longer in possession, custody, or control of responsive documents, he is directed to serve a letter by January 13, 2026 explaining why he is not in possession of such documents. In the event Plaintiff intends to withdraw lost consulting business income from his damages request in this case, the parties shall prepare and file an order and stipulation to that effect for the Court's consideration.

An order of reference to the assigned Magistrate Judge for settlement will be separately docketed.

See Transcript.

                **SO ORDERED:**

Dated:   White Plains, New York
         January 6, 2026

_____
PHILIP M. HALPERN
United States District Judge